Zorik Mooradian, Esq., CSB No. 136636
zorik@mooradianlaw.com
Haik Hacopian, Esq., CSB No. 282361
haik@mooradianlaw.com
MOORADIAN LAW, APC
24007 Ventura Blvd., Suite 210
Calabasas, CA 91302
Telephone: (818) 487-1998
Facsimile: (888) 783-1030

Attorneys for: Plaintiff ROGELIO AVINA, individually and on behalf of other persons similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO AVINA, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, an active California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:18-cv-00685-JVS-JPR<br>CLASS ACTION<br><br>[*Assigned to Hon. James V. Selna*]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: October 28, 2019<br>Hearing Time: 1:30 p.m.<br>Courtroom:    10C<br><br>Action Filed:      Sept. 22, 2017<br>Action Removed:  Apr. 23, 2018<br>Current Trial Date: January 20, 2020 |

//
//
//
//
//
//

1

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 28, 2019, at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 10C in the above entitled court located at 411 West 4th Street in Santa Ana, California, Plaintiff Rogelio Avina, on his own behalf, and on behalf of the proposed settlement class, will move for preliminary approval of a class-wide settlement reached with Defendant Marriott Vacations Worldwide Corporation ("MVWC") and Marriott Resorts Hospitality Corporation ("MRHC") in the above captioned matter.

This Motion is based upon this Notice, the concurrently filed Memorandum of Points & Authorities, the declarations of Plaintiff's attorneys Zorik Mooradian and Haik Hacopian, the Settlement Agreement entered into by the Parties which is attached as Exhibit 1 to the Declaration of Zorik Mooradian, and upon such further evidence, both documentary and oral, as may be presented at the hearing on said motion.

Plaintiff hereby requests by this Motion that the Court enter an Order as follows:

(1) Conditionally certifying a settlement class defined as:

**All non-exempt employees currently or formerly employed by MRHC in California at any time between September 22, 2013 and the date of Preliminary Approval, or October 31, 2019, whichever date is earlier.**

(2) Preliminarily approving the proposed settlement, and entering the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Approving Notice, and Setting Date for Final Approval Hearing, filed herewith, or such other Order granting this Motion as the Court may issue;

(3) Appointing Zorik Mooradian, Esq., and Haik Hacopian, Esq., of Mooradian Law, a Professional Corporation as counsel for the settlement class;

(4) Appointing Plaintiff Rogelio Avina as Class Representative for the settlement class;

(5) Granting Plaintiff leave to file a Fifth Amended Complaint, which is attached as Exhibit D to the Settlement Agreement;

(6) Directing that the settlement class be given notice of the settlement in the form of the proposed Class Notice and Exclusion Request Form agreed to by the Parties, which are attached as Exhibits A and B to the Settlement Agreement; and

(7) Setting a hearing date for final fairness hearing, at which hearing the Court will consider final approval of the settlement, entry of a proposed final judgment, Class Counsel's application for an award of attorneys' fees and costs, and a service award for Plaintiff Rogelio Avina.

DATED:  Sept. 25, 2019          MOORADIAN LAW, APC


                                By:  _/s/Haik Hacopian_____
                                     Zorik Mooradian, Haik Hacopian,
                                     Attorneys for Plaintiff, individually and
                                     on behalf of other persons similarly
                                     situated