Zorik Mooradian, Esq., CSB No. 136636
zorik@mooradianlaw.com
Haik Hacopian, Esq., CSB No. 282361
haik@mooradianlaw.com
MOORADIAN LAW, APC
24007 Ventura Blvd., Suite 210
Calabasas, CA 91302
Telephone: (818) 487-1998
Facsimile: (888) 783-1030

Attorneys for:   Plaintiff ROGELIO AVINA, individually and on behalf of other persons similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO AVINA, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, an active California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:18-cv-00685-JVS-JPR<br>CLASS ACTION<br><br>[*Assigned to Hon. James V. Selna*]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: March 2, 2020<br>Hearing Time: 1:30 p.m.<br>Courtroom:    10C<br><br>Action Filed:    Sept. 22, 2017<br>Action Removed: Apr. 23, 2018 |

//
//
//
//
//
//

1

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 2, 2020, at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 10C in the above entitled court located at 411 West 4th Street in Santa Ana, California, Plaintiff Rogelio Avina, on his own behalf, and on behalf of the conditionally certified settlement class, will move for final approval of a class-wide settlement reached with Defendant Marriott Vacations Worldwide Corporation ("MVWC") and Marriott Resorts Hospitality Corporation ("MRHC") in the above captioned matter.

Plaintiff hereby requests by this Motion that the Court enter an Order, pursuant to Fed. R. Civ. Proc. 23(e) as follows:

(1) Finally certifying a settlement class defined as:

**All non-exempt employees currently or formerly employed by MRHC in California at any time between September 22, 2013 and October 25, 2019 (Preliminary Approval date);**

(2) Granting final approval based upon the terms set forth in the Settlement Agreement as fair, reasonable, and adequate;

(3) Confirming Plaintiff Rogelio Avina's appointment as Class Representative;

(4) Confirming the appointment of Zorik Mooradian and Haik Hacopian of Mooradian Law, APC as Class Counsel for settlement purposes; and

(5) Finally approving the proposed settlement, and entering the [Proposed] Order Granting Final Approval of Class Action Settlement, or such other Order granting this Motion as the Court may issue.

This Motion is based upon this Notice, the concurrently filed Memorandum of Points & Authorities, the declarations of Class Counsel Zorik Mooradian and Haik Hacopian, the declaration of Plaintiff Rogelio Avina, the declaration of Jeff Moore on behalf of the court appointed Settlement Administrator KCC, the

Settlement Agreement entered into by the Parties which was included as part of the previously granted Motion for Preliminary Approval, and upon such further evidence, both documentary and oral, as may be presented at the hearing on said motion.

DATED: Feb. 3, 2020           MOORADIAN LAW, APC

                              By: _/s/Haik Hacopian_____
                                  Zorik Mooradian, Haik Hacopian,
                                  Attorneys for Plaintiff, individually and
                                  on behalf of other persons similarly
                                  situated

[PROPOSED] ORDER

ACTIVE 42127208v1