CIVIL MINUTES CLOSING

Case No <u>SACV 18-00685JVS(JPRx)</u>    Date: <u>March 13, 2020</u>

Title: <u>Rogelio Avina, et al v Marriott Vacations Worldwide Corporation, et al</u>

Present  <u>JAMES V. SELNA, United States District Court Judge</u>

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                                      Attorneys for Defendant

Not Present                                                            Not Present

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error. Make JS-5.

X    Case should have been closed on entry #65 dated 3/2/20. Make JS-6.

☐    Case settled but may be reopened if settlement is not finalized within    days. Make JS-6.

☐    Other:    .

☐    Entered    .

CV-74 (08/97)                                              Initials by Deputy Clerk    <u>lmb</u>